

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MIN KYUNG CHO**
Phone: (212) 356-0872
Fax: (212) 356-1148
Email: mcho@law.nyc.gov

November 22, 2022

**VIA ECF**
Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

*[signature]*

November 23, 2022

Re:  *Davis, et al. v. Banks, et al.*, 22-CV-8184 (JMF) (SLC)

Dear Judge Furman:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the New York City Department of Education (the "Department") and its Chancellor David C. Banks in the above-captioned action.  I write to respectfully request a one-week extension of time for Defendants to submit their next status letter.

  Presently, Defendants are due to submit a letter regarding the status of the remaining payments by November 28, 2022, pursuant to Your Honor's Order dated October 28, 2022 (Dkt. No. 19).  Due to a family emergency, I am out of the office and out of the country until December 1, 2022.  This additional time will allow the Department to continue its work addressing the payment obligations to the students through the end of November and for the undersigned to then gather the underlying information and prepare the letter.  Accordingly, I respectfully request a one-week extension of Defendants' time to submit their next status letter.

  This is the Defendants' first request for an extension of time to submit the status letter.  I have spoken with Ashleigh Rousseau, Esq., and Rory Bellantoni, Esq., counsel for Plaintiffs, and they have consented to the proposed extension.  The proposed extension of time, if granted, would not affect any other deadlines.

  Thank you for Your Honor's consideration of this request.

- 2 -

                                                Respectfully submitted,

                                                s/ *Min Kyung Cho*
                                                Min Kyung Cho
                                                Assistant Corporation Counsel

cc:      All counsel of record (via ECF)