UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DAVIS *ex rel.* O.C. et al., :
                    Plaintiffs, :
: 22-CV-8184 (JMF)
     -v- :
: <u>ORDER</u>
:
BANKS et al., :
:
                    Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that all parties appear for a conference with the Court on **December 19, 2022**, at **3:00 p.m.** The parties should be prepared to discuss the disagreements in their latest status updates, ECF Nos. 22, 25.

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                                _____
                                                   JESSE M. FURMAN
                                               United States District Judge