UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
EDWIN ZAYAS et al.,            :
            :
          Plaintiffs,           :      24-CV-4401 (JMF)
            :
   -v-           :
            :
THE NEW YORK CITY DEPARTMENT OF    :
EDUCATION,            :
            :
          Defendants.         :
            :
-----------------------------------------------------------------------X
            :
CLAUDIA RIVAS,            :
            :
          Plaintiff,           :      24-CV-4804 (JMF)
            :
   -v-           :
            :      <u>ORDER</u>
DAVID C. BANKS et al.,            :
            :
          Defendants.         :
            :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiffs in the above-captioned actions filed individual suits in June 2024, seeking orders remanding the matters to the respective State Review Officers ("SROs") with directions to adjudicate Plaintiffs' appeals from the respective Decisions after Remand ("DARs") issued following the undersigned's Order issued one year ago today in *Davis v. Banks*, No. 22-CV-8184 (JMF) (ECF No. 59). The above captioned actions have both been reassigned to the undersigned as similar to *Davis v. Banks*.

The parties are hereby ORDERED to appear for a telephone conference with the Court on **September 18, 2024**, at **4:00 p.m.** The parties should be prepared to discuss proposed next steps, including whether consolidation of the above-captioned actions and/or early motion practice may be appropriate. The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

The Clerk of Court is directed to terminate ECF No. 9 in 24-CV-4401 and ECF No. 9 in 24-CV-4804.

SO ORDERED.

Dated: September 11, 2024
New York, New York

_____
JESSE M. FURMAN
United States District Judge