

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **Muriel Goode-Trufant**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Eric B. Hiatt**<br>Phone: (212) 356-1958<br>Fax: (212) 356-1148<br>erihiatt@law.nyc.gov |

September 16, 2024

**VIA ECF**
Hon. Jesse M. Furman
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *Zayas, et al. v. Banks, et al.,* 24-cv-04401 (PAE);
            *Rivas v. Banks, et al.,* 24-cv-04804 (MKV)

Dear Judge Furman:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants in the above-referenced actions, which both concern appeals of a State Review Officer's decision regarding the provision of special education services. I write pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices In Civil Cases to respectfully request that the telephonic conference before Your Honor currently set for 4 p.m. on Wednesday, September 18, 2024 be adjourned until 4:30 p.m. (ECF No. 72).

      I am participating in a telephonic conference at 3 p.m. in another matter on September 18, and the proposed change in start time will ensure that I do not inconvenience the Court or Plaintiffs should my other conference run longer than one hour. I have conferred with counsel for plaintiffs and confirmed that they are available at 4:30 p.m. on Wednesday, September 18. This is defendants' first request for an adjournment, and the adjournment will not affect any other deadlines in this matter.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/_____
Eric B. Hiatt
Assistant Corporation Counsel

cc: All counsel of record (via ECF)

The telephone conference scheduled for tomorrow, September 18, 2024, is hereby ADJOURNED to **September 25, 2024**, at **3:00 p.m.** Additionally, unless and until the Court orders otherwise, filings pertaining to the open cases -- 24-CV-4401 and 24-CV-4804, both of which have now been reassigned to the undersigned -- should be made on one or both of those dockets as appropriate. The Clerk of Court is directed to docket this Order in 24-CV-4401, 24-CV-4804, and 22-CV-8184, and to terminate ECF No. 73 in 22-CV-8184.

SO ORDERED.

September 17, 2024

2